**No. D-2478. In the Matter of Disbarment of La Quetta Maria Golden.**

562 U.S. 1197, 131 S. Ct. 1065, 178 L. Ed. 2d 880, 2011 U.S. LEXIS 916.

January 24, 2011. Disbarment entered.

Former order, 561 U.S. 1044, 131 S. Ct. 41, 177 L. Ed. 2d 1130, 2010 U.S. LEXIS 5584.

**No. D-2479. In the Matter of Disbarment of Irwin B. Seligsohn.**

562 U.S. 1197, 131 S. Ct. 1066, 178 L. Ed. 2d 880, 2011 U.S. LEXIS 1000.

January 24, 2011. Disbarment entered.

Former order, 561 U.S. 1044, 131 S. Ct. 41, 177 L. Ed. 2d 1131, 2010 U.S. LEXIS 5611.

**No. D-2480. In the Matter of Disbarment of Joseph Nathaniel Baron.**

562 U.S. 1197, 131 S. Ct. 1066, 178 L. Ed. 2d 880, 2011 U.S. LEXIS 979.

January 24, 2011. Disbarment entered.

Former order, 561 U.S. 1044, 131 S. Ct. 41, 177 L. Ed. 2d 1131, 2010 U.S. LEXIS 5606.

**No. D-2484. In the Matter of Disbarment of William A. Schainker.**

562 U.S. 1197, 131 S. Ct. 1066, 178 L. Ed. 2d 880, 2011 U.S. LEXIS 1036.

January 24, 2011. Disbarment entered.

Former order, 561 U.S. 1044, 131 S. Ct. 42, 177 L. Ed. 2d 1131, 2010 U.S. LEXIS 5594.

**No. D-2486. In the Matter of Disbarment of Garrett L. Lee.**

562 U.S. 1197, 131 S. Ct. 1066, 178 L. Ed. 2d 880, 2011 U.S. LEXIS 982.

January 24, 2011. Disbarment entered.

Former order, 561 U.S. 1045, 131 S. Ct. 42, 177 L. Ed. 2d 1132, 2010 U.S. LEXIS 5619.

**No. D-2488. In the Matter of Disbarment of David P. Weaver.**

562 U.S. 1197, 131 S. Ct. 1066, 178 L. Ed. 2d 880, 2011 U.S. LEXIS 973.

January 24, 2011. Disbarment entered.

Former order, 561 U.S. 1045, 131 S. Ct. 42, 177 L. Ed. 2d 1132, 2010 U.S. LEXIS 5607.

**No. D-2494. In the Matter of Disbarment of Robert Hunter Ford.**

562 U.S. 1197, 131 S. Ct. 1066, 178 L. Ed. 2d 880, 2011 U.S. LEXIS 1039.

January 24, 2011. Disbarment entered.

Former order, 561 U.S. 1052, 131 S. Ct. 58, 177 L. Ed. 2d 1147, 2010 U.S. LEXIS 5686.